# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - REOPENING/CLOSING

Case No. __CV 21-6218 JAK (E)__                                Date __October 26, 2021__

Title: __United States of America v. Faizul Islam__

Present: The Honorable __Charles F. Eick__

|  |  |
|---|---|
| Valencia Munre | |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

John L. Lulejian, AUSA                             Ajay Kusnoor, FPD

Proceedings:   ☐ In Court        ☐ In Chambers        ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other __Make JS-6. Case should have been termed pursuant to Dkt. 61 dated September 20, 2021__

☐ Entered _____.

Initials of Preparer __vm__